**Order entered August 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00442-CR

**ROCKY MORRIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F95-01315-U**

## ORDER

On July 9, 2013, this Court ordered Peri Stromberg, as official court reporter of the 291st Judicial District Court to file, within thirty days, either the reporter's record of any hearings conducted on appellant's post-conviction motion for DNA testing or written verification that no hearings were conducted. To date, Ms. Stromberg has not filed either the record of verification that no hearings were record. The appeal cannot proceed until the issue of the reporter's record is resolved.

Accordingly, we **ORDER** the trial court to make findings regarding the following:

- Whether any hearings were conducted on appellant's post-conviction motion for DNA testing. If no hearings were recorded, the trial court shall make a finding to that effect.

- If hearings were conducted, the trial court shall determine the name of all court reporters who recorded the hearings; whether the notes of the hearings are available and can be transcribed; and the date by which the records of the hearings will be filed.

- If the trial court determines that the notes are not available or cannot be transcribed, the court shall determine whether appellant is at fault for the loss or destruction of the notes and whether the parties can agree on a substituted record.

We **ORDER** the trial court to transmit a record containing its written findings of fact, any supporting documentation, and any orders to this Court within **THIRTY DAYS** of the date of this order.

We **ABATE** the appeal to allow the trial court to comply with this order. The appeal shall be reinstated thirty days from the date of this order or when the findings are received.

/s/     DAVID EVANS
JUSTICE